UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Warren Fred Nelson, Jr.,<br>Plaintiff,<br>v.<br>Select Quote Insurance,<br>Defendant. | Case No. 2:26-cv-02315-APG-DJA<br><br>**Order** |

This matter is before the Court on its review of the docket. Pro se Plaintiff has not filed a certificate of interested parties as required by Federal Rule of Civil Procedure 7.1 and Nevada Local Rule[1] 7.1-1. The Court will therefore require Plaintiff to file one within twenty one days.

Additionally, in moving to file electronically, Plaintiff indicated that he "agree[s] to receive notices electronically" at his email address. (ECF No. 7). Plaintiff is not currently receiving electronic notices. If Plaintiff wishes to consent to electronic service, he may fill out the Consent for Electronic Service of Documents form and file that on the docket.

**IT IS THEREFORE ORDERED** that Plaintiff must file a certificate of interested parties on or before **September 11, 2026. Failure to comply with this order may result in sanctions.**

**IT IS FURTHER ORDERED** that if Plaintiff wishes to consent to electronic service of Court documents, he may fill out and file the Consent for Electronic Service of Documents form.[2]

---

[1] This refers to the Local Rules of Practice for the United States District Court for the District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/

[2] This form can be found on the Court's website at https://www.nvd.uscourts.gov/court-information/forms/ under Code Pro Se, titled "Consent for Electronic Service of Documents (Non-Prisoner)."

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiff a copy of this order.

DATED: August 24, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE