Warren F. Nelson (Pro Se)
325 E Flamingo Road
Las Vegas, NV 89169
Phone: 725-261-2401
Email: w.nelson2026@outlook.com

Shannon G. Splaine, Esq. (SBN 8241)
Lincoln Gustafson & Cercos, LLP
7670 W. Lake Mead Blvd.
Suite 200
Las Vegas, NV 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
ssplaine@lgclawoffice.com

James K. Schultz, Esq. (SBN 309945)
SESSIONS ISRAEL & SHARTLE, L.L.P.
4747 Morena Blvd., Suite 358
San Diego, CA 92117
Tel: 619/758-1891
Fax: 877/334-0661
jschultz@sessions.legal

*Attorneys for Defendant SelectQuote Insurance Services*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WARREN F. NELSON

Plaintiff,

vs.

SELECT QUOTE INSURANCE et. al

Defendants.

**Case No.: 2:26−cv−02315−APG−DJA**

**ORDER GRANTING**

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Warren Fred Nelson Jr., appearing pro se, respectfully moves the Court to dismiss this action **with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2). Plaintiff and Defendant SelectQuote Insurance Services have reached a settlement resolving all claims asserted in this matter.

In support of this motion, Plaintiff states:

1. The parties have fully resolved the dispute through a negotiated settlement agreement.

2. No counterclaims have been filed by Defendant.
3. Dismissal with prejudice is appropriate because the settlement fully disposes of all claims between the parties.
4. Dismissal will conserve judicial resources and bring this matter to a final conclusion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order dismissing this action **with prejudice**, with each party bearing its own fees and costs, and grant such other relief as the Court deems proper.

Respectfully submitted,

Plaintiff, Pro Se

DATED: October 29, 2026

/s/ Warren F. Nelson
325 E Flamingo Road
Las Vegas, NV 89169
Phone: 725-261-2401
Email: w.nelson2026@outlook.com

CERTIFICATE OF SERVICE

I certify that on October 29, 2026, I filed the foregoing Motion via the Court's CM/ECF system, which automatically served all counsel of record.

Plaintiff, Pro Se

DATED: October 29, 2026

/s/ Warren F. Nelson
325 E Flamingo Road
Las Vegas, NV 89169
Phone: 725-261-2401
Email: w.nelson2026@outlook.com

IT IS SO ORDERED:

Dated: November 2, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE